IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 19 PM 4: 18
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONAS D. SAUNDERS,<br><br>　　　　Defendant. | **SEALED**<br><br>4:25CR3072<br><br>INDICTMENT<br>18 U.S.C. § 875(c)<br>18 U.S.C. § 2261A(2)(B)<br>47 U.S.C. § 223(a)(1)(C) |

The Grand Jury charges that

## COUNT I

Between on or about February 5, 2025 continuing until February 17, 2025, in the District of Nebraska and elsewhere, the defendant, JONAS D. SAUNDERS, did knowingly and willfully transmit in interstate and foreign commerce from the State of Nebraska to the State of Colorado, a communication to Victim 1, and the communication contained a threat to kidnap and injure Victim 1 and family, specifically JONAS D. SAUNDERS threatened to kill Victim 1, immediate family members, and intimate partner.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT II

Between on or about February 5, 2025 continuing until February 17, 2025, in the District of Nebraska and elsewhere, the defendant JONAS D. SAUNDERS, with intent to injure, harass, and intimidate another person, that is Victim 1, knowingly used an interactive computer service and electronic communication service, and the internet, a facility of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected

1

to cause substantial emotional distress to Victim 1, immediate family members, and intimate partner.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT III

Between on or about February 5, 2025 continuing until February 17, 2025, in the District of Nebraska and elsewhere, the defendant JONAS D. SAUNDERS did, in interstate and foreign communications, utilize a telecommunications device, whether or not a conversation or communication ensued, without disclosing his identity and with intent to threaten and harass Victim 2 at the called number and who received the communication.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
TESSIE L. SMITH
Assistant United States Attorney